UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Guevara

-v-

Anicone

Docket Number

07 CV 6941 (CLB)

**NOTICE OF ASSIGNMENT**

Pursuant to the memorandum of the Case Processing Assistant, the above entitled action is assigned to the calendar of

Judge Charles L. Brieant

The designated Magistrate Judge for this case is:

Magistrate Judge George A. Yanthis

All future documents submitted in this action are to be presented in the Clerk's Office for filing and <u>shall bear the new Judge's initials after the docket number:</u>

07 cv 6941 (CLB)

The attorneys for the plaintiff are requested to serve a copy of the Notice of Assignment on all defendants.

J. Michael McMahon
Acting Clerk

By: _____
Deputy Clerk

White Plains, NY
Dated:

CC:   Judge
      Magistrate Judge
      Case Assignment Clerk

i:\FORMS\DOCKET\ASSIGN