STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.6941  
AND FILED ON 8/2/2007

MICHAEL GUEVARA, A MINOR, BY HIS MOTHER AND BEST FRIEND ELBA GUEVARA — Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 8/10/2007 at 10:10AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES  
Party Served: PHILIP AMICONE, MAYOR (herein called recipient) therein named.  
At Location: CITY OF YONKERS  
CITY HALL, 40 SOUTH BROADWAY  
YONKERS NY

By delivering to and leaving with GERI WRAY, LEGAL SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 8/10/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
|---|---|---|---|---|---|
| Age | 50/55 | Height | 5'4" | Weight | 125 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 8/10/2007

_Gail Williams_ (signature)  
GAIL WILLIAMS  
Notary Public, State of New York  
No. 4080062  
Qualified in Westchester County  
Commission Expires September 30, 2010

John Axelrod (signature)  
Server's License#:

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 07CIV.6941 | AND FILED ON  8/2/2007 |

MICHAEL GUEVARA, A MINOR, BY HIS MOTHER AND BEST FRIEND ELBA GUEVARA   Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK     )
                                            ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 8/8/2007 at 11:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT, POLICE COMMISSIONER        (herein called recipient) therein named.
At Location: 100 SOUTH BROADWAY

YONKERS NY

By delivering to and leaving with ED FITZGERALD, DIRECTOR OF SPECIAL PROJECT a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 8/9/07, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
|---|---|---|---|---|---|
| Age | 50/60 | Height | 6'8" | Weight | 275 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 8/9/2007

_Gail Williams_ (signature)
GAIL WILLIAMS
Notary Public, State of New York
Qualified...
Commission... 2010

_John Axelrod_ (signature)
John Axelrod

Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6941   AND FILED ON   8/2/2007

MICHAEL GUEVARA, A MINOR, BY HIS MOTHER AND BEST FRIEND ELBA GUEVARA  Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 8/10/2007 at 10:10AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: CITY OF YONKERS, NEW YORK          (herein called recipient) therein named.
At Location: CITY HALL
             40 SOUTH BROADWAY
             YONKERS NY

By delivering to and leaving with GERI WRAY and that deponent knew the person so served to be the LEGAL SECRETARY of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLOND
Age: 50/55    Height: 5'4"
Weight: 125   Other Features:

Sworn to before me on 8/10/2007

_Gail Williams_ (signature)    _John Axelrod_ (signature)
                                John Axelrod
                                Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4885032
Qualified in Westchester County
Commission Expires September 30, 2010