UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GUEVARA, a minor, by his mother and best friend, ELBA GUEVARA, <br><br> Plaintiff, <br><br> -against- <br><br> PHILIP AMICONE, individually, EDMUND HARTNETT, individually, CITY OF YONKERS, New York, POLICE OFFICER JOHN DOE #1, individually, POLICE OFFICER JOHN DOE #2, individually, DETECTIVE JOHN DOE #3, individually, <br><br> Defendants. | ECF Case <br><br> 07 Civ. 6941 |

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Kevin J. Plunkett

X   *Attorney*
    X   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: <u>KP 3049</u>.

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

X   *Law Firm/Government Agency Association*

    From: <u>Thacher Proffitt & Wood LLP</u>.

    To:   <u>DelBello Donnellan Weingarten Wise & Wiederkehr, LLP</u>.

    X   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

X   *Address:* One North Lexington Avenue, White Plains, New York 10601

X       *Telephone Number:* (914) 681-0200

X       *Fax Number:* (914) 684-0288

X       *E-Mail Address:* kjp@ddw-law.com

Dated:  March 5, 2008                                   _____