AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MICHAEL GUEVARA, a minor, by his mother and best friend ELBA GUEVARA,
v.
PHILIP AMICONE, individually, EDMUND HARNETT, individually, CITY OF YONKERS, NEW YORK, and POLICE OFFICER JOHN DOE #1, individually, POLICE OFFICER JOHN DOE #2, individually and DETECTIVE JOHN DOE #3, individually.

**APPEARANCE**

Case Number: 07Cv. 6941(CLB)(GAY)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, PHILIP AMICONE, individually, EDMUND HARNETT, individually, CITY OF YONKERS, NEW YORK, and POLICE OFFICER JOHN DOE #1, individually, POLICE OFFICER JOHN DOE #2, individually and DETECTIVE JOHN DOE #3, individually

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 6, 2008 | *(signature)* |
| Date | Signature |
| | Matthew S. Clifford / MC1134 |
| | Print Name / Bar Number |
| | DelBello Donnellan -- One North Lexington Ave. |
| | Address |
| | White Plains, NY 10601 |
| | City / State / Zip Code |
| | (914) 681-0200 / (914) 684-0288 |
| | Phone Number / Fax Number |