UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GUEVARA, a minor, by his mother and best friend, ELBA GUEVARA,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>PHILIP AMICONE, individually, EDMUND HARTNETT, individually, CITY OF YONKERS, New York, POLICE OFFICER JOHN DOE #1, individually, POLICE OFFICER JOHN DOE #2, individually, DETECTIVE JOHN DOE #3, individually,<br><br>　　　　　　　　　Defendants. | ECF Case<br><br>07 Civ. 6941 (CLB)<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** that DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601 hereby appears as counsel for Defendants in the above-captioned action, in substitution, place and stead of Thacher Proffitt & Wood LLP, 50 Main Street, White Plains, New York 10606.

Dated: White Plains, New York
　　　　March 21, 2008

THACHER PROFFITT & WOOD LLP

By: _____
Jonathan D. Forstot
50 Main Street
White Plains, New York 10606
(914) 421-4100

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP

By: _____
Kevin J. Plunkett
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200

So Ordered this __ /  
day of ___March, 2008

_____  
Hon. Charles L. Brieant  
United States District Judge

TO:

*Attorneys for Plaintiff*

LOVETT & GOULD, LLP  
Jonathan Lovett, Esq.  
222 Bloomingdale Road  
White Plains, New York 10605  
(914) 428-8401