UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHAEL GUEVARA, et al.,
                        Plaintiffs,

-against-

PHILIP AMICONE and CITY OF YONKERS,
                        Defendants.
-----------------------------------------------------------------x
PHILIP AMICONE,
                        Plaintiff,

-against-

RICHARD BLASSBERG, SELIM ZHERKA and
GUARDIAN NEWS, INC.,
                        Defendants.
-----------------------------------------------------------------x

CONSOLIDATED
07 CV 06941 (CS)
07 CV 7692 (CS)
07 CV 8048 (CS)
07 CV 8148 (CS)
07 CV 6946 (CS
07 CV 7080 (CS)
07 CV 7597 (CS)
07 CV 7600 (CS)
08 CV 1506 (CS)

JUDGMENT

      The above entitled consolidated action having been assigned to this Court, a jury trial having been held in this matter from October 4, 2010 through October 13, 2010, and on October 13, 2010, at the conclusion of trial, the jury having reached a verdict in favor of Plaintiffs Richard Blassberg, Michael Guevara, Maribel Ayala, Domenica O'Neill, Richard Guzman, Christian Salazar, Jason Gonzalez, Gabriel Potente, Kenneth Heslop, Randa Sayegh, Chandra Sookdeo, Dominick D'Intino, Robert Palermo, Sal Potente, Krishenday Marjah, Wendy Ram, Joseph Potente, on all claims, it is,

      **ORDERED, ADJUDGED AND DECREED:** that since the jury having returned a verdict in favor of plaintiffs, judgment is entered in favor of plaintiffs Richard Blassberg in the amount of $1,500.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $1,500.00 in actual damages as against defendant City of Yonkers, Michael Guevara in the amount of $1.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $100.00 in actual damages as against defendant City of Yonkers, Maribel Ayala in the amount of $1.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $100.00 in actual damages as against defendant City of Yonkers, Domenica O'Neill in the amount of $1.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $150.00 in actual damages as against defendant City of Yonkers, Richard Guzman in the amount of $1.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $150.00 in actual damages as against defendant City of Yonkers, Christian Salazar in the amount of $1.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $100.00 in actual damages as against defendant City of Yonkers, Jason Gonzalez in the amount of $1.00 in actual damages,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

$470,588.20 in punitive damages as against defendant Philip Amicone and $100.00 in actual damages as against defendant City of Yonkers, Gabriel Potente in the amount of $1.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $1.00 in actual damages as against defendant City of Yonkers, Kenneth Heslop in the amount of $1.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $1.00 in actual damages as against defendant City of Yonkers, Randa Sayegh in the amount of $1.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $1.00 in actual damages as against defendant City of Yonkers, Chandra Sookdeo in the amount of $1.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $1.00 in actual damages as against defendant City of Yonkers, Dominick D'Intino in the amount of $1.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $1.00 in actual damages as against defendant City of Yonkers, Robert Palermo in the amount of $1.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $1.00 in actual damages as against defendant City of Yonkers, Sal Potente in the amount of $1.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $1.00 in actual damages as against defendant City of Yonkers, Krishenday Marjah in the amount of $1.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $1.00 in actual damages as against defendant City of Yonkers, Wendy Ram in the amount of $1.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $1.00 in actual damages as against defendant City of Yonkers, and Joseph Potente in the amount of $1.00 in actual damages, $470,588.20 in punitive damages as against defendant Philip Amicone and $1.00 in actual damages as against defendant City of Yonkers, and the case is hereby closed.

SO ORDERED:

*[signature: Cathy Seibel]*

Cathy Seibel, U.S.D.J.

Dated: White Plains, New York
October 15, 2010

*[signature]*
CLERK

Ruby Krajick, Clerk of Court